UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHANDRA JACKAI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:16-CV-1107-G |
| ALLSTATE VEHICLE AND PROPERTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties having advised the court that this case has been settled, it is

**ORDERED** that the final judgment or order of dismissal be presented for entry by

**September 26, 2016**.  If it is not, then the case will be subject to dismissal.

September 1, 2016.

_____
**A. JOE FISH**
**Senior United States District Judge**