**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| CHANDRA JACKAI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:16-CV-01107-G |
| | § | |
| ALLSTATE VEHICLE AND | § | |
| PROPERTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Chandra Jackai and Defendant Allstate Vehicle and Property Insurance Company hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties intend for this Agreed Dismissal to constitute a final disposition of their claims in accordance with their settlement agreement.

Respectfully submitted:

**THE POTTS LAW FIRM, LLP**

*/s/ Matthew J. Worrall (*w/permission)
Matthew J. Worrall
State Bar No.: 24070883
William H. Barfield
State Bar No.: 24031725
Andrew A. Woellner
State Bar No.: 24060860
100 Waugh Drive, Suite 350
Houston, Texas 77007
Telephone (713) 963-8881
Facsimile (713) 574-2938
Emails: mworrall@potts-law.com
wbarfield@potts-law.com
awoellner@potts-law.com

**ATTORNEYS FOR PLAINTIFF**

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

 */s/ Eric K. Bowers*  
Roger D. Higgins  
State Bar No. 9601500  
Eric K. Bowers  
State Bar No. 24045538  
Plaza of the Americas  
700 N. Pearl Street, Twenty-Fifth Floor  
Dallas, Texas  75201-2832  
Telephone:  (214) 871-8200  
Facsimile:  (214) 871-8209  
rhiggins@thompsoncoe.com  
ebowers@thompsoncoe.com  

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record via electronic filing on the 26th day of September, 2016.

*/s/Matthew J. Worrall (*w/permission)  
Matthew J. Worrall